(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

United Capitals Limited

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

ByteDance Inc.

TikTok Inc.

Yiming Zhang

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

2020 SEP 22 AM 9:50

Civ. Action No. 20 - 1272
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☐ Yes
☑ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: United Capitals Limited
Name (Last, First, MI)

Rm 308, 3/F, Solo, 83 Bedford Road, Tai Kok.Tsui, Kowloon
Street Address

Hong Kong
County, City          State          Zip Code

+852 6200 3453          rrr79797@gmail.com
Telephone Number       E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: ByteDance Inc.
Name (Last, First)

250 Bryant St.
Street Address

Mountain View          California          CA 94041
County, City           State               Zip Code

Defendant 2: TikTok Inc.
Name (Last, First)

5800 Bristol Pkwy
Street Address

Culver City            California          CA 90230
County, City           State               Zip Code

Page 2 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3:  Yiming Zhang
             Name (Last, First)

             250 Bryant St.
             Street Address

             Mountain View         California         CA 94041
             County, City          State              Zip Code


Defendant 4:  _____
             Name (Last, First)

             _____
             Street Address

             _____
             County, City          State              Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☑ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

Page 3 of 8

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Defendant ByteDance Inc. registered at Delaware.
Defendant Yiming Zhang is the founder of ByteDance Inc.
~~Defendant TikTok Inc. is found by Yiming Zhang.~~

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: Delaware

Date(s) of occurrence: 2016

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**What happened to you?**

**FACTS:** 1. Plaintiff created a video entertainment concept in 2015 and was privately seeking for invester in Beijing. 2. In 2015, Plaintiff began to develop a business plan for a new type of short video mobile software application. This application would allow users to create short videos in a mobile software application, and give users a ~~place to show, exchange video, discuss, and serve as an on-line entertaining video~~ platform. Initially, this application was to planned to serve China, USA, Europe, Asia, Hong Kong together, and intended to expand to other countries in the future. 3. Plaintiff's ~~business model, which was based on advertising revenue, had a significant chance~~ of financial success because of the inovative ideas, low cost, highly entertaining videos and users are an attractive demographic for many companies. 4. Plaintiff privately ~~invited potential investors to invest the mobile application. All invited potential~~ investor has the responsibility to keep the trade secret and not to disclose and use of this business plan and concept. Defendant was invited to attend a private investment meeting.

Page **4 of 8**

(Del. Rev. 11/14) Pro Se General Complaint Form

5. The business concept was released orally to the Denfendant under the condition of non-disclosure responsibility of the business plan and concept.    6. Under the non-disclosure responsibility, Defendant was entrusted with Plaintiff's business management information and procedures, including descriptions of the application's business model, market development, various functionality and content concepts, and the type of information that would be collected from users. Denfendant understood that this business management information and procedures were secret and agreed to keep them confidential. Defendant also understood that it was important to the success of Plaintiff's business model to make the application operational as soon as possible before any competitor did so. With respect to Mobile application, the first to capture a market has a substantial advantage.   7. On September 2016, defendant using Plaintiff's confidential business plans and concept that provided by Plaintiff, Defendants launched a similar moble application. This launch usurped Plaintiff's valuable business opportunity.    8. Defendant disclosed and used Plaintiff's confidential business information to launch of two competing Mobile application called Tiktok and Douyin. 9. Defendants ' unlawful use of Plaintiff's proprietary business plans allowed Tiktok and Douyin to come to market first, thereby obtaining press coverage and users/ members that would otherwise have benefited Plaintiff.    10. Defendants' market advantage, directly and proximately resulting from Defendant's breach of non-disclosure responsibility, misappropriation of trade secrets, breach of duty of good faith and fair dealing, and Defendants' unjust enrichment, and intentional interference with prospective business advantage, usurped Plaintiff's potential market share and related business opportunities.

**Was anyone else involved?**

1. Plaintiff United Capitals Limited is a limited liability corporation in Hong Kong (China) with a principal place of business at Rm308, 3/F, Solo, 83 Bedford Road, Tai Kwok Tsui, Kowloon, Hong Kong, China.

2. Upon information and belief, Defendants Yiming Zhang is an individual with a place of resistance in New York.

3. Upon information and belief, Defendants Bytedance Inc. is a limited liability of the state of Delaware with a principle place of business at 250 BRYANT ST. MOUNTAIN VIEW CA 94041.

4. Upon information and belief, Defendants Tiktok Inc. is a limited liability of the state of Delaware with a principle place of business at 5800 BRISTOL PKWY CULVER CITY CA 90230

(Del. Rev. 11/14) Pro Se General Complaint Form

| Who did what? |

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $10,000,000,000

☐ Other (explain):

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

14th Sep, 2020
Dated

Plaintiff's Signature

United Capitals Limited (Shareholder: Kin Tung Lam)
Printed Name (Last, First, MI)

Rm 308, 3/F, Solo, 83 Bedford Road, Tai Kok Tsui, Kowloon, Hong Kong, China
Address                City                State        Zip Code

+852 6200 3453                              rrr79797@gmail.com
Telephone Number                            E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

